UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable David Herrera Urias**

**CASE NO.** CR 24-539 DHU                **DATE:** 7/23/25

**TITLE:** USA v. Labar Tsethlikai

**COURTROOM CLERK:** J. Gonzales      **COURT REPORTER:** S. Silva

**COURT IN SESSION:** 2:24-2:40 PM     **TOTAL TIME:** 16 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**COURT RULING:** STATUS CONFERENCE SET FOR 10/20/25 AT 1 PM

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Matthew McGinley, Jack Burkhead, Kimberly Bell        Aric Elsenheimer, Hadley Brown, Andrea Luem

**PROCEEDINGS:**

2:24 P.M. COURT IN SESSION. COUNSEL ENTER APPEARANCES.

MR. MCGINLEY: REQUESTS PARTIES BE ALLOWED TO SUBMIT JOINT SCHEDULING ORDER- REPRESENTS 8-10 WEEKS FOR TRIAL.

MS. LUEM: ADDRESSES COURT RE: BUDGET CONSTRAINTS-REQUESTS STATUS CONFERENCE IN 3 MONTHS-REPRESENTS 1-2 WEEKS OF TRIAL FOR DEFENSE.

COURT: QUIRES MR. MCGINLEY RE: STATUS CONFERENCE IN OCTOBER.

MR. MCGINLEY: RESPONDS.

COURT: QUERIES MS. LUEM.

MS. LUEM: RESPONDS.

COURT: WILL SET STATUS CONFERENCE IN OCTOBER.

MS. LUEM: ADDRESSES COURT RE: DISCOVERY.

MR. MCGINLEY: RESPONDS.

COURT: QUERIES COUNSEL.

MR. MCGINLEY: RESPONDS.

COURT: WILL SET STATUS CONFERENCE FOR 10/20/25 AT 1PM.

2:40 P.M. COURT IN RECESS.