IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

  Plaintiff,

  **v.**

**LABAR TSETHLIKAI,**

  Defendant**.**

Case No. 24-539-DHU

# UNITED STATES' OPPOSED MOTION TO
# LIFT STAY AND SCHEDULE A STATUS CONFERENCE

    The United States of America respectfully moves this Court to lift the stay previously imposed by the Court and schedule this matter for a status conference. As grounds for this request, the United States submits as follows:

    1. On October 8, 2025, the Court issued a *Notice of Hearing on Motions* (Minute Order, Oct. 8, 2025) that scheduled a hearing for October 20, 2025, on four motions pending before the Court, those being: the *Defendant's Opposed Motion to Compel Discovery* (Doc. 92); the *Government's Motion for Order Issuing a Scheduling Order and Setting Trial Date* (Doc. 85); the *Defendant's Opposed Motion for Informational Outline of Alleged Aggravating Factors* (Doc. 87); and the *Defendant's Emergency Motion to Stay Proceedings* (Doc. 101).

    2. On October 18, 2025, the Court issued an Order staying the proceedings in this matter for the pendency of the federal government shutdown. Doc. 108.

    3. The government shutdown ended on November 12, 2025.

    4. Consequently, the United States respectfully requests that the Court lift the stay of proceedings in this matter and convene a status conference.

    5. The Defendant, through counsel, has advised that he opposes the motion to lift the stay.

The Defendant does not object to the court setting this matter for a status conference.

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

*Electronically filed on November 24, 2025*
JACK E. BURKHEAD
ZACHARY JONES
Assistant United States Attorneys
201 3rd Street, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 24, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

*/s/*_____
Jack E. Burkhead
Assistant United States Attorney