IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff.

v.                                          No. 24-CR-539-DHU

LABAR TSETHLIKAI,

        Defendant.

### MR. TSETHLIKAI'S NOTICE OF NON-OPPOSITION TO GOVERNMENT'S MOTION TO LIFT STAY

Defendant Labar Tsethlikai, by and through his counsels of record, Hadley Brown, Aric Elsenheimer and Andrea Luem, respectfully informs the court that he does not oppose the government's Motion to Lift Stay and Schedule a Status Conference. (Doc. 113).

On October 1, 2025, Mr. Tsethlikai filed his Emergency Motion to Stay Proceedings. That motion requested a stay of proceedings "until funding for both the CJA and the federal defender's office is adequately restored" following the July 1, 2025 loss of CJA funding and the October 1, 2025 federal government shutdown. (Doc. 101 at 13). On October 18, 2025, the court granted Mr. Tsethlikai's motion. (Doc. 108). On November 24, 2025, the government filed its motion requesting an end to the stay because of the end of the government shutdown. Mr. Tsethlikai initially opposed the government's motion: Although Congress passed a continuing resolution that would restore funding until January 30, 2026, the defense team still lacked the ability to pay learned counsel and mitigation experts for any work going forward. Since the

filing of the government's motion, the defense budget has improved, and the team now has the funds to pay for its mitigation investigation and learned counsel as well as other defense team functions.

Therefore, Mr. Tsethlikai is not opposed to this Court lifting the stay and rescheduling the status conference that was vacated with the stay. Mr. Tsethlikai respectfully requests that the court schedule the status hearing either during the week of December 15th or in January to ensure his attorneys can be present.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
Phone: (505) 346-2489
Email: hadley_brown@fd.org
aric_elsenheimer@fd.org

Hadley Brown
/s/*Hadley Brown*

Aric Elsenheimer
/s/*Aric Elsenheimer*

**LAW OFFICE OF ANDREA L. LUEM**
400 S. 4th Street Suite 500
Las Vegas, NV 89101
Phone: (702) 575-0481
Email: andrea@luemlaw.com

Andrea L. Luem
*/s/Andrea L. Luem*