IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:24-CR-539-DHU |
| ) | |
| vs. ) | |
| ) | |
| LABAR TSETHLIKAI, ) | |
| ) | |
| Defendant. ) | |

**<u>UNOPPOSED ORDER GRANTING DEFENDANT'S REQUEST FOR
DEADLINE FOR GOVERNMENT TO PRODUCE UNREDACTED DISCOVERY</u>**

This matter, having come before the Court and the Court having been made aware of the circumstances, including the existence of a protective order, the government's willingness to provide unredacted discovery, and the government's lack of opposition to the imposition of a deadline by which to produce unredacted discovery, the Court finds it appropriate to impose a deadline by which the government is required to provide unredacted discovery to counsel for the defendant.

IT IS THEREFORE ORDERED that the government must provide unredacted discovery to defense counsel on or before January 28, 2026.

_____
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:
Hadley Brown
Assistant Federal Public Defender


Approved by:
Jack Burkhead
Assistant United States Attorney