**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable David Herrera Urias**

CASE NO. CR 24-539 DHU            DATE: **3/2/26**

TITLE: USA v. Tsethlikai

COURTROOM CLERK: J. Gonzales            COURT REPORTER: R. BRAZIL

COURT IN SESSION: 2:15-2:43 PM            TOTAL TIME: 28 MINUTES

TYPE OF PROCEEDING: STATUS CONFERENCE

**COURT RULING:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Jack Burkhead, Zachary Jones            Hadley Brown, Aric Elsenheimer, Andrea Luem

**PROCEEDINGS:**

2:15 P.M. COURT IN SESSION. COUNSEL ENTER APPEARANCES.

MR. BURKHEAD: ADDRESSES COURT RE: DISCOVERY.

MS. BROWN: ADDRESSES COURT RE: RECEIVING OF DISCOVERY.

COURT: ALERTS PARTIES OF POTENTIAL TRIAL SETTING IN 2029-QUIERES PARTIES RE: TRIAL ESTIMATES.

MR. BURKHEAD: 6 WEEKS FOR TRIAL.

MS. LUEM: 3-4 WEEKS FOR VOIR DIRE; 6-8 WEEKS FOR TRIAL/PENALTY PHASE.

MR. BURKHEAD: ADDRESSES COURT RE: MOTION TO SUPPRESS STATEMENTS DEADLINE.

MS. BROWN: RESPONDS.

COURT: REQUESTS PARTIES USE DEADLINES CONTAINED IN PROPOSED SCHEDULING ORDER UNTIL SCHEDULING ORDER ENTERED.

2:43 P.M. COURT IN RECESS.