# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**               **No. 24-CR-00539 DHU**

**LABAR TSETHLIKAI,**

      **Defendant.**

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE AND CONTINUE HEARING

The Court, having reviewed Defendant's Unopposed Motion to Extend Deadline for Motion Challenging Sufficiency of Government's Informational Outline and Continue Hearing (Doc 144), finds the ends of justice served by allowing an extension of said deadline from May 4, 2026 to May 11, 2026.

Additionally, the Court will grant the unopposed request to reschedule the hearing on the motion challenging the sufficiency of the government's informational outline.

IT IS THEREFORE ORDERED that the defendant's motion for an extension of the deadline for his motion challenging the sufficiency of the government's informative outline is granted, and pleadings deadlines are modified as follows:

-May 11, 2026: Motion challenging sufficiency of informative outline

-May 26, 2026: Government's response to motion challenging sufficiency of informative outline

1

-June 9, 2026: Defendant's reply to government's response

The motion will now be heard on July 8, 2026 during the same hearing as the motion challenging jury data and composition information.

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT COURT JUDGE

2