# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,　　§
　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　§
　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　§　　　　No.  1:24-CR-00539 DHU
　　　　　　　　　　　　　　§
LABAR TSETHLIKAI,　　　　　§
　　　　　　　　　　　　　　§
　　　　Defendant.　　　　　 §

## NOTICE OF UNAVAILABILITY

Undersigned counsel of record for Mr. Tsethlikai, Assistant Federal Public Defender Hadley Brown, hereby provides notice to the Court and the government that she will be unavailable and out of the state from June 24, 2026 to July 7, 2026. Counsel respectfully requests this Court not schedule any proceedings in this matter during that time period.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
Fax:  (505) 346-2494
Email:  hadley_brown@fd.org
　　　　aric_elsenheimer@fd.org

*Electronically filed on May 27, 2026*

Hadley Brown, AFPD
Attorney for Defendant

1

2