IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                  No.   24-CR-539 DHU

LABAR TSETHLIKAI

        Defendant.

**ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

**THIS MATTER** is before the Court on Mr. Tsethlikai's Motion for Disclosure of Jury Records and the Clerk's Office's concerns regarding the confidentiality of records identified in items number 12 and 13 in "Attachment—Grand Jury Data" of the Defense Motion for Disclosure of Jury Records (Doc. 142). The Court, having heard from the Clerk's office and the parties, and noting that the parties have no objection to the entry of a protective order, finds that a protective order is necessary to ensure the confidentiality of the personal identifying information in the materials currently in possession of the Clerk's Office, specifically in items 12 and 13 in "Attachment—Grand Jury Data" in the Defense Motion for Disclosure of Jury Records.

    **IT IS THEREFORE ORDERED AS FOLLOWS:**

The parties are hereby prohibited from sharing or disclosing to anyone outside of their respective litigation teams material received from the Clerk's office containing the

personal identifying information of current and potential grand jurors and petit jurors, specifically those contained in Items number 12 and 13 in "Attachment A—Grand Jury Data" of the Defense Motion for Disclosure of Jury Records (Doc. 142). Nothing in this order shall restrict the parties from sharing or disclosing this material to any expert retained to assist with any litigation regarding the contents or subject matter of the material received from the Clerk's office.

_____
UNITED STATES DISTRICT JUDGE

2