**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

                             Case No. 24-CR-539-DHU

v.

LABAR TSETHLIKAI,

    Defendant.

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR BILL OF PARTICULARS

Defendant, Labar Tsethlikai, through undersigned counsel, respectfully moves this Court to extend the deadline for him to file his motion for bill of particulars. As grounds, Mr. Tsethlikai states:

1. The government has indicated it intends to seek a third superseding indictment in this case at the end of July.

2. The current deadline for Mr. Tsethlikai's motion for bill of particulars is tomorrow, July 17, 2026. A hearing is scheduled for this motion on September 9, 2026.

3. Mr. Tsethlikai requests an extension of the current deadline to allow him to address his motion to the forthcoming third superseding indictment and allowing sufficient time for the defense team to review the indictment and prepare the motion. Specifically, he requests a new deadline of September 25, 2026. He further requests that the September 9, 2026 court date be vacated.

4.      Counsel for the government, Jack Burkhead, does not oppose this request.

Therefore, Mr. Tsethlikai respectfully requests the Court issue an order extending the deadline for his motion for bill of particulars until September 25, 2026 and vacating and resetting the September 9, 2026 hearing on the matter as the Court's schedule allows.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
Fax:  (505) 346-2494
Email:  hadley_brown@fd.org
           aric_elsenheimer@fd.org

*Electronically filed on July 16, 2026*

 */s/ Hadley Brown*

_____  _____

**Hadley Brown, AFPD**
**Aric G. Elsenheimer, AFPD**
Attorneys for Labar Tsethlikai

*and*

**Andrea L. Luem**
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
(702) 575-0481
Email: andrea@luemlaw.com
Attorney for Labar Tsethlikai

2