# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

v.

Case No. 24-539-DHU

**LABAR TSETHLIKAI,**

Defendant.

## UNITED STATES' NOTICE OF INTENT TO CALL EXPERT WITNESS

The United States hereby provides to the defendant those disclosures required by Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, pertaining to the expert witness testimony of Kyle Ebersole from the Federal Bureau of Investigation (FBI) Laboratory. As required by Fed. R. Crim. P. 16, such disclosures include a complete statement of all opinions rendered by this witness that the government intends to use during its case-in-chief at trial under Federal Rules of Evidence 702, 703, or 705, or during its rebuttal to counter testimony that the defendant has timely disclosed under Fed. R. Crim. P. 16(b)(1)(C). It additionally includes the bases and reasons for the opinions of the witness, the qualifications of the witness, publications authored by the witness in the previous 10 years, and a list of all other cases in which, during the previous 4 years, the witness has testified as an expert.

### Kyle Ebersole– Forensic DNA Examiner

Kyle Ebersole is an expert in the field of forensic serology and forensic DNA analysis. He currently works in the FBI Laboratory DNA Casework Unit (DCU) in Quantico, Virginia. He will describe the accreditation of FBI Laboratory facilities, including their discipline.   FBI

Laboratory facilities are accredited by the ANSI[1] National Accreditation Board (ANAB) as described on the FBI Laboratory ANAB Scope of Accreditation.  The accreditation includes adherence to the ISO/IEC 17025:2017 (ISO 17025) and ANAB AR 3125 standards.

In order to obtain his position as a forensic examiner, Kyle Ebersole was required to successfully complete an extensive training program at the FBI Laboratory to demonstrate competency, which included written tests, practical exercises, casework-like examinations, oral boards, moot court exercises, competency tests, and supervised casework. Kyle Ebersole was required to successfully complete oral boards on the topics of serology, DNA, and population genetics and statistics, three moot court exercises to ensure that he can explain his findings to an audience and pass a competency test in DNA interpretation.  Since being qualified as a forensic examiner, Kyle Ebersole has demonstrated continued proficiency in his authorized discipline through successful completion of performance monitoring exercises pursuant to the Laboratory Quality Assurance Manual. Kyle Ebersole has performed DNA analysis and interpretation on hundreds of criminal cases.

The probabilistic genotyping software, STRmix™ has been used by the FBI Laboratory DNA Casework Unit since 2015 to assist with the interpretation of evidence DNA profiles and statistical analysis. In his time at the FBI Laboratory, he has utilized STRmix™ in hundreds of case to include the case at hand.

**Qualifications, Publications and Testimonies**

All qualifications, publications authored in the previous 10 years, as well as a list of all other cases during the previous 4 years in which Forensic DNA Examiner Kyle Ebersole has

---

[1] ANSI stands for American National Standards Institute.

testified as an expert, are contained within his Curriculum Vitae, which has previously been disclosed to the defendant and incorporated herein by reference.

**The Witness's Opinions**

At trial, Kyle Ebersole will provide general background information regarding forensic DNA testing and will describe/define deoxyribonucleic acid (DNA), how DNA varies from person to person, how DNA may transfer from its original source to another person and or object, and what factors may affect the quality and or quantity of DNA detected. Kyle Ebersole will testify that when evidence is received at the FBI Laboratory for DNA analysis, a team of biologists process the evidence in accordance with the Technical Procedures of such tests, the results of which are then reviewed by the Forensic Examiner in the DNA Casework Unit assigned to the case, to ensure no additional testing is needed.

Forensic DNA Examiner Kyle Ebersole will provide his expert opinion that from the sample(s) submitted to him or analysis, DNA profiles were recovered. Kyle Ebersole will describe the process used to recover those profiles, which include collection, extraction, quantitation, amplification, analysis, and interpretation. This will also include describing the individualizing characteristics used to conduct a DNA analysis, i.e., short tandem repeats, how DNA typing is performed at the FBI Laboratory and the possible outcomes of a DNA examination. He will also explain how a DNA profile is interpreted, what factors may affect such interpretation, and the process for determining the number of contributors to an evidentiary profile.

He determined that the DNA profiles developed in this case were suitable for comparison and compared these DNA profiles using the Operations Manual, Quality Assurance Manual and

applicable Technical Procedures in place at the time at the FBI Laboratory, calculated statistics and documented her conclusions in a written report. He will describe how such comparisons were performed and what possible conclusions may be reached in performing forensic DNA examinations. Specifically, the results to which he will testify regarding the examinations he conducted in this case are contained within his Laboratory Reports, which have previously been disclosed to the defendant and incorporated herein by reference. His testimony will be provided in accordance with the FBI Approved Standards for Scientific Testimony and Reports.[2]

The probabilistic genotyping software program called STRmix™, was used by Kyle Ebersole in this case. He will explain that the DNA profiles developed in this case were imported into the STRmix™ software, which calculates a statistical probability called a "likelihood ratio.[3] For an inclusion, the likelihood ratio describes how much more likely it is to obtain the DNA results if the person of interest is a contributor to the DNA profile, rather than if an unknown, unrelated person is a contributor to the DNA profile. He will further explain that the FBI Laboratory uses a qualitative verbal scale to describe the strength of support that likelihood ratio provides to the conclusion. He may explain that the Scientific Working Group on DNA Analysis Methods (SWGDAM) recommends these supplementary verbal qualifiers, which are reflected in the FBI Standard Operating Procedures.[4] He may also explain that the

---

[2] FBI Approved Standards for Scientific Testimony and Reports have been provided in discovery. *See* Department of Justice Uniform Language for Testimony and Reports. https://www.justice.gov/olp/uniform-language-testimony-and-reports

[3] A likelihood ratio (LR) is a statistic for the comparison of the probability of the evidence (E), given two competing propositions. The inclusionary proposition (H1), includes the person of interest and, for mixed samples, known and/or unknown, unrelated individuals. The total count of individuals included in the proposition is equal to the number of contributors interpreted to be in the sample. The exclusionary proposition (H2) generally consists of unknown, unrelated individuals, equaling the total number of contributors interpreted to be in the sample. *See Department of Justice Uniform Language for Testimony and Reports for Forensic Autosomal DNA Examinations Using Probabilistic Genotypic Systems. December 12, 2022.*

[4] Recommendations of the SWGDAM Ad Hoc Working Group on Genotyping Results Reported as Likelihood Ratios. https://www.swgdam.org/publications

STRmix™ software has been thoroughly validated, both developmentally by the manufacturer and internally by the FBI Laboratory prior to its use in forensic casework, and the software is used widely within the forensic community which means that numerous laboratories have tested the STRmix™ probabilistic genotyping software and found it to reliably produce accurate results. In addition, he may testify that the use of STRmix™ has been subject to extensive peer-reviewed publications. He may testify that the protocol for using STRmix™ were developed based upon the FBI Laboratory's internal validation studies and can be found in the FBI Laboratory Procedures. Kyle Ebersole will testify that he used STRmix™ in accordance with those procedures, which was verified by another qualified Forensic Examiner during the technical review process.

**The Basis and Reasons for the Witness's Opinions**

Forensic DNA Examiner Kyle Ebersole's opinions are based on his personal examination of the results, which were documented in his 1A case file materials, which were provided in discovery and are hereby incorporated by reference, as well as his training, education, experience, and expertise as a Forensic DNA Examiner. Kyle Ebersole's expert opinions, set forth more fully in his report, which has previously been disclosed to the defendant, and the basis for those opinions, are guided by the Operations Manual, Quality Assurance Manual, and applicable Technical Procedures, each of which have been provided in discovery and are hereby incorporated by reference. Kyle Ebersole may also rely on peer-reviewed literature to provide context to the DNA results, e.g., transfer, persistence, and recovery of DNA profiles on items of evidence.

Kyle Ebersole has reviewed, approved, and signed this notice pursuant to Federal Rule of Criminal Procedure 16 (a)(1)(G)(v).

_Kyle Ebersole_    8/5/26

Kyle Ebersole
Forensic Examiner
Federal Bureau of Investigation
Laboratory Division
Quantico, Virginia

Respectfully submitted,

TODD BLANCHE
Acting United States Attorney
RYAN ELLISON
First Assistant United States Attorney

_/s/ Electronically filed on August 6, 2026_
JACK E. BURKHEAD
Assistant United States Attorney

I HEREBY CERTIFY that on August 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of this filing to be sent to counsel for Defendant.

/s/
Jack E. Burkhead
Assistant United States Attorney